*KSC/03.11.24*
AS: USAO#2023R00081

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. SAG-24-121 |
| **ERIK ENRIQUE GUILLEN-PLEITEZ,** | * |
| | *   (Illegal Re-Entry of a Deported Alien, |
| Defendant. | *   8 U.S.C. § 1326(a)) |
| | * |

\*\*\*\*\*\*\*\*\*\*

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about February 7, 2023, in the District of Maryland, the defendant,

**ERIK ENRIQUE GUILLEN-PLEITEZ,**

an alien who previously had been deported and removed from the United States, knowingly entered and was found in the United States, without having received the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States.

8 U.S.C. § 1326(a)

April 10, 2024
Date

*Erek L. Barron* / (signed)
Erek L. Barron
United States Attorney